# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, CONNECTICUT STATE COUNCIL OF VIETNAM VETERANS OF AMERICA, AND ANTHONY D. MALONI, | ) ) ) ) )   DECLARATION OF SERVICE |
| Plaintiff, | ) ) )   3:17-cv-01660-AWT |
| v. | ) ) ) |
| DEPARTMENT OF DEFENSE | )   October 16, 2017 ) ) |
| Defendant. | ) ) |

## PROOF OF SERVICE

I, John Frawley, hereby declare that I caused Service of the Summons and Complaint in the above-referenced action to be made as follows:

1. On October 10, 2017, I caused one copy of the Summons issued in this case, the Complaint, the Standing Protective Order, the Electronic Filing Order, and the Notice to Counsel and Pro Se Parties to be sent by certified mail to Defendant Department of Defense, 1000 Defense Pentagon, Washington, District of Columbia 20301

2. On October 10, 2017, I caused one copy of the Summons issued in this case, four copies of the Complaint, and one copy of the Standing Protective Order, the Electronic Filing Order, and the Notice to Counsel and Pro Se Parties to be sent by certified mail to the United States Attorney's Office for the District of Connecticut at 157 Church Street, Floor 25, New Haven, Connecticut 06510.

3. On October 10, 2017, I caused one copy of the Summons issued in this case, the

Complaint, the Standing Protective Order, the Electronic Filing Order, and the Notice to Counsel and Pro Se Parties to be sent by certified mail to the United States Attorney General, Department of Justice, 950 Pennsylvania Avenue Northwest, Washington, District of Columbia 20530.

4.Besides mailing costs, no other fees were paid or incurred in conjunction with service in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Dated: October 16, 2017

/s/ John Frawley
John Frawley, Law Student Intern
Veterans Legal Services Clinic
Jerome N. Frank Legal Service Organization
P.O. Box 209090
New Haven, CT 06520-9090
(203) 432-4800

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2017, a copy of the foregoing Proof of Service was filed electronically. Since Counsel for Defendant as not yet appeared in this case, copies of this ECF will be mailed via certified mail to:

Department of Defense
1000 Defense Pentagon
Washington, District of Columbia 20301

United States Attorney's Office for the District of Connecticut
157 Church Street, Floor 25
New Haven, Connecticut 06510

United States Attorney General
Department of Justice
950 Pennsylvania Avenue Northwest
Washington, District of Columbia 20530

|s/ Michael J. Wishnie
Michael J. Wishnie, ct27221
Veterans Legal Services Clinic
Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Tel.: (203) 432-4800
Fax: (203) 432-142