```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------- x
VIETNAM VETERANS OF AMERICA,    :
CONNECTICUT STATE COUNCIL OF    :
VIETNAM VETERANS OF AMERICA, and:
ANTHONY D. MALONI,              :
                                :
          Plaintiff,            :
                                :   Civil No. 3:17-cv-1660(AWT)
v.                              :
                                :
DEPARTMENT OF DEFENSE,          :
                                :
          Defendant.            :
------------------------------- x
```

**SCHEDULING ORDER**

The parties' Motion for Entry of Scheduling Order (Doc. No. 17) is hereby GRANTED. The following schedule shall govern the proceedings in this case. Proceedings include a schedule for dispositive motions along with deadlines for the production of records from the Air Force Historical Research Agency ("AFHRA"), Defense Threat Reduction Agency ("DTRA"), and Air Force ("AFHQ") in response to an action filed by Plaintiffs under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"):

1.  **Production by AFHRA**

Defendant will produce any responsive, non-exempt records under the control of AFHRA to Plaintiffs on a rolling basis beginning as soon as practicable. AFHRA will finish production of responsive, non-exempt records by April 15, 2018.

1

2. **Production by DTRA**

Defendant will produce any responsive, non-exempt records under the control of DTRA to Plaintiffs on a rolling basis beginning as soon as practicable. DTRA will finish production of responsive records by July 1, 2018.

3. **Production by AFHQ**

The Parties will confer regarding proposed production deadlines for all responsive, non-exempt records held by the AFHQ and any other custodians on or before March 21, 2018.

4. **Vaughn Indices and Search Declarations**

After the final production of responsive, non-exempt records, Defendant will produce search declarations and Vaughn indices, see Vaughn v. Rosen, 484 F 2d. 820, 827 (D.C. Cir. 1973) (in FOIA litigation, direction to defendant to disclose index of withheld records in lieu of formal discovery) by September 15, 2018.  Plaintiffs will advise Defendant which withholdings (per the Vaughn indices) and searches (per the search declarations) they do not contest by October 1, 2018.

5. **Conferral**

After Plaintiffs have advised Defendant which withholdings and searches they do not contest, the parties will meet and confer on the issues remaining in the case, and determine whether cross-motions for summary judgment are necessary.

**6.     Dispositive Motions**

If motions for summary judgment or other dispositive motions are necessary, the parties shall file according to the following schedule:

Defendant's Motion: November 1, 2018

Plaintiffs' Cross-Motion and Opposition: November 30, 2018

Defendant's Reply and Opposition: January 2, 2019

Plaintiffs' Reply: January 18, 2019


It is so ordered.

Signed this 14th day of March, 2018, at Hartford, Connecticut.

                                                /s/ AWT
                                      Alvin W. Thompson
                                      United States District Judge