UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>DEPARTMENT OF DEFENSE,<br><br>*Defendant,* | No. 3:17-cv-1660 (AWT)<br><br>March 8, 2019 |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs Vietnam Veterans of America, the Connecticut State Council of Vietnam Veterans of America, and Anthony D. Maloni move for partial summary judgment, pursuant to Fed. R. Civ. P. 56 and D. Conn. L. Civ. R. 56(a), in their action brought under the Freedom of Information Act ("FOIA"). The grounds for this motion are set forth in the accompanying memorandum of law, filed pursuant to D. Conn. L. Civ. R. 7, and this motion is accompanied by Plaintiffs' Local Rule 56(a)(1) Statement of Undisputed Material Facts. Partial summary judgment is appropriate on the narrow issues set forth in Plaintiffs' memorandum of law because they are ripe for judgment, and expeditious resolution best serves the purpose of FOIA. Plaintiffs respectfully ask that this Court grant partial summary judgment in their favor.

Respectfully submitted,

By: /s/ Renée Burbank
Meghan Brooks, Law Student Intern
Renée Burbank, Attorney, ct30669
Jerome N. Frank Leg. Servs. Org.
P.O. Box 209090
New Haven, CT 06520-9090
Telephone: 203-432-4800
Fax: 203-432-1426
Email: renee.burbank@ylsclinics.org

*Counsel for Plaintiffs*