**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VIETNAM VETERANS OF AMERICA, et al., | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | NO. 3:17cv1660-AWT |
| | ) | |
| DEPARTMENT OF DEFENSE, | ) | MARCH 30, 2020 |
| *Defendant*. | ) | |
| | ) | |

**MOTION FOR EXTENSION OF TIME AND**
**MODIFICATION OF THE SCHEDULING ORDER**

On March 17, 2020, the Court entered a modified scheduling order (Doc. #62) in this

matter.  Defendant respectfully requests an extension of time specifically regarding defendant's

production of search declarations and *Vaughn* indices to the plaintiffs, pursuant to Fed. R. Civ. P.

16(b)(4) and D. Conn. Local Civ. R. 7(b), and extending all deadlines by fourteen days, as

follows.  This is defendant's second request specifically related to the search declarations and

*Vaughn* indices.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Defendant produces all search declarations and *Vaughn* indices | 3/30/2020 | 4/13/2020 |
| Plaintiffs will identify what is not contested | 4/20/2020 | 5/4/2020 |
| Defendant's MSJ | 5/11/2020 | 5/25/2020 |
| Plaintiffs' response to Defendant's MSJ and Cross-MSJ | 6/1/2020 | 6/15/2020 |
| Defendant's response to Plaintiffs' Cross-MSJ and reply in support of MSJ | 6/15/2020 | 6/30/2020 |
| Plaintiffs' reply in support of Cross-MSJ | 6/30/2020 | 7/14/2020 |

There is good cause for the motion, and there is good cause for it being filed fewer than

three days before the subject deadline.  *See* D. Conn. L. Civ. R. 7(b).  Defendant's last request

for time was filed on March 16, 2020.  ECF No. 61.  Beginning around that time, and in the

weeks since, there have been various adjustments to defense counsel and agency counsel's availability due to the COVID-19 pandemic.  Unfortunately, various communication and scheduling complications with the agency, and between the agency and defense counsel, have caused the search declarations to not yet be ready for filing.  Moreover, some of these issues came to light on the third day before the deadline; others have arisen since then.  Defense counsel hopes that two additional weeks provide sufficient time to complete the declarations.  Plaintiffs' counsel have consented to this request for a two-week extension.  Defense counsel notes that new information, received today, indicates that defense counsel's availability may be diminished in the next week.  If an additional extension is necessary, defense counsel will alert plaintiffs' counsel and seek leave the Court.

For the reasons stated above, defendant respectfully requests an extension of deadlines consistent with the table of dates provided.

Respectfully submitted,

JOHN H. DURHAM
United States Attorney

By: */s/ Natalie N. Elicker*
Natalie N. Elicker, ct28458
Assistant United States Attorney
157 Church Street
New Haven, CT 06510
Telephone: (203) 821-3700
Fax: (203) 773-5373
Email: Natalie.Elicker@usdoj.gov
*Counsel for Defendant*