UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA ET AL. | )<br>)<br>) |
| *Plaintiffs,* | ) CASE NO. 3:17-cv-01660-AWT<br>) |
| v. | ) NOTICE<br>) |
| DEPARTMENT OF DEFENSE | )<br>) |
| *Defendant.* | )<br>) |

## PLAINTIFFS' RESPONSE TO ORDER

Pursuant to the Court's April 2, 2020 scheduling order, ECF No. 64, Plaintiffs Vietnam Veterans of America (VVA), Vietnam Veterans of America's Connecticut State Council (VVA-CT), and Anthony D. Maloni hereby provide notice that they do not contest any withholdings and redactions made by Defendant Department of Defense beyond those previously addressed by the Court.

                        Respectfully submitted,

                        <u>s/ Renée Burbank</u>
                        Molly Petchenik, Law Student Intern
                        Renée Burbank, Supervising Attorney, ct30669
                        Michael J. Wishnie, Supervising Attorney, ct27221
                        Jerome N. Frank Legal Services Organization
                        Veterans Legal Services Clinic
                        Yale Law School
                        P.O. Box 209090
                        New Haven, CT 06520
                        Phone: (203) 432-4800
                        Renee.burbank@ylsclinics.org

                        *Counsel for Plaintiffs*

Dated: May 4, 2020