UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VIETNAM VETERANS OF AMERICA ET AL. </br></br>      *Plaintiffs,* </br></br>v. </br></br>DEPARTMENT OF DEFENSE </br></br>      *Defendant.* | CASE NO. 3:17-cv-01660-AWT </br></br> STIPULATION AND ORDER |

WHEREAS, on October 3, 2017, plaintiffs Vietnam Veterans of America, Connecticut State Council of Vietnam Veterans of America, and Anthony D. Maloni filed this action against defendant United States Department of Defense ("DoD");

WHEREAS, this action concerns requests submitted by Plaintiffs to four different offices in the DoD—the Defense Threat Reduction Agency ("DTRA"), the Air Force Medical Support Agency ("AFMSA"), the United States Air Force Center for Radiation Dosimetry ("AFCRD"), and Air Force Headquarters ("AFHQ")—under the Freedom of Information Act (FOIA), 5 U.S.C. § 552. The requests sought the release of records related to the 1966 nuclear accident at Palomares, Spain. Documents sought included records of cleanup activities, unit assignments, bioassay data of servicemembers and others, environmental testing data, dosimetry methodology, medical or scientific studies and reports, and policies, procedures, and communications related to the scientific and medical response to the incident;

WHEREAS, Plaintiffs filed a motion for partial summary judgment as to whether DoD had properly redacted certain records, and DoD cross-moved for summary judgment;

WHEREAS, the Court resolved the cross-motions in a written opinion and order dated April 8, 2020 ("Opinion and Order"), which granted DoD's cross-motion and denied Plaintiffs' motion;

WHEREAS, the Opinion and Order did not resolve certain FOIA exemptions asserted by DoD, and which DoD asserts were proper;

WHEREAS, the parties wish to dispose of this matter without further litigation on the claims not yet resolved by the Court;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, as follows:

1. Plaintiffs release and discharge DOJ and the United States of America, including its agencies, departments, officers, employees, servants, and agents, from any and all claims and causes of action that plaintiffs asserted, or could have asserted, in this litigation arising out of plaintiffs' March 2017 and June 13, 2017 FOIA requests, including, but not limited to, any claims by Plaintiffs concerning DoD's withholdings that were not resolved by the Opinion and Order.

2. DoD shall pay to Plaintiffs attorneys' fees and costs as agreed upon by the parties. This payment shall constitute full and final satisfaction of any claims by Plaintiffs for attorneys' fees and litigation costs in the matter dismissed by this stipulation, and is inclusive of any interest. Payment shall be made by electronic funds transfer, based upon information to be provided by Plaintiffs.

3. This action is hereby dismissed without prejudice and without costs or fees other than as provided in paragraph 2 of this Stipulation and Order, provided that the Court shall retain

jurisdiction over any issues that might arise relating to the enforcement of this Stipulation and Order.

4. This Stipulation and Order is entered into by the parties solely for the purpose of compromising disputed claims in this case and avoiding the expenses and risks of further litigation. This Stipulation and Order is non-precedential with respect to any other proceeding involving the parties, including, but not limited to, any other FOIA action or administrative proceeding, and shall have no effect or bearing on any pending or future request for records made by plaintiffs under FOIA.

5. With the exception of an e-mail between the parties dated May 18, 2020 at 11:39 am, which set the amount of attorneys' fees and costs to be paid by the defendant, this Stipulation and Order contains the entire agreement between the parties, and no statement, representation, promise, or agreement, oral or otherwise, between the parties or their counsel that is not included herein shall have any force or effect.

6. This Stipulation and Order may be executed in counterparts.

7. In light of the national emergency due to the spread of the COVID-19 virus, this Stipulation and Order may be electronically signed by counsel for the parties in lieu of actual signatures.

Dated: May 25, 2020

| | |
|---|---|
| s/ Renée Burbank | JOHN H. DURHAM |
| Molly Petchenik, Law Student Intern | United States Attorney |
| Renée Burbank, Supervising Attorney, ct30669 | |
| Michael J. Wishnie, Supervising Attorney, ct27221 | By: /s/ Natalie N. Elicker |
| Jerome N. Frank Legal Services Organization | Natalie N. Elicker, ct28458 |
| Veterans Legal Services Clinic | Assistant United States Attorney |
| Yale Law School | 157 Church Street |
| P.O. Box 209090 | New Haven, CT 06510 |
| New Haven, CT 06520 | Telephone: (203) 821-3700 |
| Phone: (203) 432-4800 | Fax: (203) 773-5373 |
| Renee.burbank@ylsclinics.org | Email: Natalie.Elicker@usdoj.gov |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

SO ORDERED:

Dated:
Hartford, Connecticut

_____
HON. ALVIN W. THOMPSON
United States District Judge